UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : MAGISTRATE NO. 20-MJ-001 (APM) |
| v. | : |
| WILLIE BONDS, | : |
| Defendant. | : |

## DISMISSAL

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
SARA VANORE
Assistant United States Attorney
P.A. Bar No. 208070
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
Telephone No. (202) 252-7102
Sara.Vanore@usdoj.gov

APPROVED AND GRANTED THIS _____ DAY OF JANUARY, 2020.

_____
HONORABLE JUDGE AMIT P. MEHTA
UNITED STATES DISTRICT COURT